IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                              CASE NO. 3:23cr86-MCR

OHAGEE CURRY
_____/

## FACTUAL BASIS FOR GUILTY PLEA

The parties agree with the truthfulness of the following factual basis for Defendant's guilty plea. The undersigned parties further agree that not all of the facts known from this investigation are contained in this brief summary.

In February 2021, the Drug Enforcement Administration (DEA) began an investigation into a methamphetamine distribution organization operating in Cantonment, Pensacola, and Beulah, Florida. The earlier phases of the investigation revealed that defendants Torry LEE, D'Montrey JAMES, Edward LEWIS, David FOUNTAIN, Larry CLAY, Colby SATTERWHITE, and others were distributing methamphetamine and other narcotics, and using each other and CURRY as sources of supply. The later phases of the investigation revealed that CURRY was receiving packages of methamphetamine in the Northern District of Florida from defendant Phillip MARTIN in California through the United States Postal Service (USPS). CURRY was then selling the methamphetamine to defendant Grimender BROWN and others for further distribution. Defendant Laquisha MCFARLAND, MARTIN's girlfriend, aided the distribution of methamphetamine by shipping packages to CURRY and receiving

FILED IN OPEN COURT THIS
1-24-24
CLERK, U.S. DISTRICT
COURT, NORTH DIST. FLA.

1

narcotics proceeds through Walmart-to-Walmart and CashApp transactions. Defendant Floyd TILLMAN aided the distribution of methamphetamine by receiving packages for MARTIN in Georgiana, Alabama, and assisting with their delivery to CURRY.

DEA investigators first became aware of CURRY in September of 2021. By January of 2022, the investigation indicated that he was supplying significant amounts of methamphetamine to JAMES and others and that he had a source of supply in California. Investigators began focusing more closely on CURRY to identify his source of supply and the extent of his distribution network. Below are a few specific examples of CURRY's methamphetamine distribution activities.

On March 30, 2022, law enforcement intercepted a call between CURRY and BROWN where BROWN requested methamphetamine. CURRY told BROWN that he had received tracking information and was expecting more later but that BROWN could "pull up and grab eight zips…and slow rock it until Thursday." On April 1, 2022, law enforcement conducted surveillance of the transaction at the Loves Truck Stop in Mossy Head, Florida. Following the transaction, intercepted communications revealed that BROWN and CURRY discussed the amount and BROWN receiving more later.

On April 5, 2022, USPIS inspectors intercepted a package addressed to a known alias of CURRY at an address on Wildwood Avenue in Pensacola, Florida, opened the package pursuant to a search warrant and recovered 3136.8 grams of methamphetamine, which the DEA laboratory later tested and determined to be 94% pure (2948.5 grams). Following the package interception, investigators intercepted communications of

CURRY complaining that someone at the post office stole his package.

On May 4, 2022, the USPIS identified a suspicious package, weighing approximately 8 pounds, in-bound to the residence of TILLMAN in Georgiana, Alabama, which investigators suspected MARTIN of using to ship methamphetamine. On May 14, 2022, investigators intercepted text communications between CURRY and MARTIN where CURRY asked MARTIN, "How many you got." MARTIN responded, "2 boxs." CURRY asked, "Where you at imma get the whole 14." MARTIN responded, "Georgiana in the same spot." (MARTIN and CURRY had previously met in Georgiana, Alabama on February 14, 2022.) On May 15, 2022, investigators surveilled CURRY as he traveled to Georgiana, Alabama and met with TILLMAN and MARTIN in a parking lot. Investigators observed MARTIN take a 5-gallon bucket from TILLMAN's vehicle, walk to CURRY's vehicle, remove an item from the bucket and place it on the rear floorboard. CURRY called BROWN during the return trip to let him know he had just picked up a supply of methamphetamine.

After additional communications between CURRY and BROWN, on May 23, 2022, investigators surveilled CURRY has he traveled on Interstate-10 eastbound from Pensacola, Florida. The vehicle traveled to the same Love's gas station where CURRY met BROWN on April 1, 2022. Once at the gas station, CURRY's vehicle stopped next to a gray Lincoln sedan driven by BROWN. After only a few minutes, both CURRY and BROWN departed traveling in different directions. A trooper from the Florida Highway Patrol (FHP) located BROWN's vehicle on Interstate-10, followed him, and conducted a

traffic stop. Pursuant to a probable cause search of the vehicle, the trooper found a vacuum sealed bag with approximately 873.5 grams of methamphetamine, which the DEA laboratory later tested and determined to be 99% pure (864.7 grams). Investigators intercepted telephone conversations between CURRY and BROWN later that day in which they discuss the lost methamphetamine.

On June 24, 2022, the USPIS intercepted a suspicious package sent from California to an address on West Hayes Street that investigators had previously linked to CURRY. Prior to retrieving the package from the mail stream, USPIS scanned it "out for delivery." On that same day, investigators observed CURRY circling the area in his vehicle where the package was addressed. Pursuant to a federal search warrant, investigators opened the package and recovered 2641.4 grams of methamphetamine, which the DEA laboratory later tested and determined to be 97% pure (2562.1 grams). After the package was seized, investigators intercepted multiple communications between CURRY and MARTIN discussing the loss and coordinating the sending of another package to an address on 65th Avenue in Pensacola, designated by CURRY. On June 30, 2022, USPIS intercepted a package sent from California to the 65th Avenue address. Investigators opened the package pursuant to a search warrant and recovered 1795.1 grams of methamphetamine, which the DEA laboratory later tested and determined to be 98% pure (1759.1 grams).

## ELEMENTS OF THE OFFENSES

The elements of conspiracy to distribute and possess with intent to distribute 50

grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, in violation of 21 U.S.C. § 846, as charged in **Count One**, are:

> *First:* Two or more people in some way agreed to try to accomplish a shared and unlawful plan to distribute or possess with intent to distribute 50 grams or more of methamphetamine or 500 grams or more of a mixture and substance containing methamphetamine;
>
> *Second:* The defendant knew the unlawful purpose of the plan and willfully joined in it; and
>
> *Third:* The object of the unlawful plan was to distribute or possess with intent to distribute methamphetamine.

The elements of distribution of 50 grams or more of methamphetamine, in violation of 21 U.S.C. § 841(a)(1), as charged in **Count Two**, are:

> *First:* The defendant knowingly distributed 50 grams or more of methamphetamine.

_____  
MICHELLE L. HENDRIX  
Attorney for Defendant

_____  
OHAGEE CURRY  
Defendant

01/18/24  
_____  
Date

JASON R. COODY  
United States Attorney

_____  
WALTER E. NARRAMORE  
Assistant United States Attorney

1/24/24  
_____  
Date

5